**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Jill C. Sharkey,**

**Plaintiff,**

**vs.** **ORDER**

**American Express Financial Advisors, Inc.**

**Defendant.** **Civ. File No.: 02-246 MJD/JGL**

---

The instant action was commenced by the filing of a Summons and Complaint on January 24, 2002. The parties to this action, through their counsel, now have reached a settlement and have jointly requested an Order dismissing this action with prejudice.

Accordingly, IT IS HEREBY ORDERED, that this proceeding is dismissed with prejudice. Each party shall pay its own attorney's fees and costs.

Dated: April 17, 2002

Michael J. Davis
Judge, United States District Court

APR 17 2002

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Jill C. Sharkey,**

**Plaintiff,**

**vs.**

**American Express Financial Advisors, Inc.**

**Defendant.**

**STIPULATION OF DISMISSAL**

**Civ. File No.: 02-246 MJD/JGL**

---

It is hereby stipulated by and between the parties, through their respective counsel, that the above-captioned matter, commenced by service of a Summons and Complaint on January 24, 2002, may be, and hereby is, dismissed with prejudice. Each party shall pay its own attorney's fees and costs.

Dated: ~~March~~ April 10, 2002

Andrea F. Rubenstein
Andrea F. Rubenstein (#94055)
Attorney for Plaintiff
2100 Stevens Avenue South
Minneapolis, MN 55404
(612) 871-5500

**AMERICAN EXPRESS FINANCIAL ADVISORS, INC.**

Dated: March 19, 2002

Liane M. Wong
By: Liane M. Wong
American Express GCO
50433 AXP Financial Center
Minneapolis, MN 55474
(612) 671-4771